UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARLOS ALFREDO AGUILAR ERAZO | § | |
| | § | |
| vs. | § | NO:  AU:26-CV-00592-ADA |
| | § | |
| PAMELA BONDI, KRISTI NOEM, TODD M. LYONS, SYLVESTER ORTEGA, CHARLOTTE COLLINS | § | |

## O R D ER

BE IT REMEMBERED on  this  the  27th day of March, 2026, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Andres Pacheco, counsel for  Carlos Alfredo Aguilar Erazo and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Andres Pacheco may appear on behalf of Carlos Alfredo Aguilar Erazo in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  Clerk, U.S. District Court.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

IT IS SO ORDERED this 27th day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE